IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARTFORD CASUALTY INSURANCE CO. : CIVIL ACTION
:
v. :
:
DENTAL ORGANIZATION FOR :
CONSCIOUS SEDATION, LLC : NO. 10-3483

ORDER

AND NOW, this 1st day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Dental Organization for Conscious Sedation, LLC for partial summary judgment (Doc. No. 16) is GRANTED;

(2) plaintiff Hartford Casualty Insurance Co. has a duty to defend Dental Organization for Conscious Sedation, LLC ("DOCS") in connection with the claims asserted against DOCS in the action captioned <u>Coleman v. Dental Organization for Conscious Sedation, LLC, et al.</u>, No. 10-798 (E.D. Mo., filed Apr. 30, 2010), presently pending in the United States District Court for the Eastern District of Missouri;

(3) the motion of plaintiff Hartford Casualty Insurance Co. for summary judgment is DENIED on the issue of its duty to defend DOCS; and

(4) the motion of plaintiff Hartford Casualty Insurance Co. for summary judgment on the issue of its duty to indemnify DOCS is held in abeyance until the underlying action captioned <u>Coleman v. Dental Organization for Conscious Sedation, LLC, et al.</u>, No. 10-798 (E.D. Mo., filed Apr. 30, 2010), presently pending in the United States District Court for the Eastern District of Missouri, is resolved.

BY THE COURT:

/s/ Harvey Bartle III
C.J.